UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| *In Re*: | Court File No. _____ |
| Document Generation Corporation, | |
| v. | **MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |
| Allscripts, LLC, Cerner Corporation, Misys Healthcare Systems, LLC, Medical Information Technology, Inc. a/k/a Meditech, Inc., Epic Systems Corporation, Eclipsys Corporation and Allscripts-Misys Healthcare Solutions, Inc. | |
| (Case No. 6:08-CV-00479 (E.D. Tex.)) | |

---

To:   Merchant & Gould P.C., and their attorney Anthony G. Simon, The Simon Law Firm PC, 701 Market Street, Suite 1450, St. Louis, MO 63101

Defendants Allscripts, LLC, Cerner Corporation, Misys Healthcare Systems, LLC, Medical Information Technology, Inc. a/k/a Meditech, Inc., Epic Systems Corporation, Eclipsys Corporation and Allscripts-Misys Healthcare Solutions, Inc., move the Court for an order pursuant to Federal Rule of Civil Procedure 45 compelling Merchant & Gould P.C.'s production of documents as required by a properly issued subpoena and for such other relief the Court deems just and equitable.

27644.1

Dated: October 13, 2009.          FELHABER, LARSON, FENLON & VOGT, P.A.

By: /s/David L. Hashmall
   David L. Hashmall, #138162
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANTS
ALLSCRIPTS, LLC, CERNER CORPORATION,
MISYS HEALTHCARE SYSTEMS, LLC,
MEDICAL INFORMATION TECHNOLOGY,
INC. a/k/a MEDITECH, INC., EPIC SYSTEMS
CORPORATION, ECLIPSYS CORPORATION
AND ALLSCRIPTS-MISYS HEALTHCARE
SOLUTIONS, INC.